Cause No. 2012-CR-9686

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | 379TH JUDICIAL DISTRICT |
| VS. | § | |
| | § | |
| LEANDRE HILL | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/16/2015 10:14:53 AM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Leandre Hill, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Leandre Hill.



Respectfully submitted,
Law Office of James V. Tocci
222 South Flores Street
San Antonio, Texas 78204
(210) 226-5656 Office
(210) 226-5656 Fax

BY:_____
JAMES V. TOCCI
State Bar No.: 24008165

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appeal was hand delivered to the District Attorney's Office, at the Bexar County Justice Center, 300 Dolorosa, San Antonio, Texas 78205, on March_____, 2015.

_____
JAMES V. TOCCI

# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2012CR9686

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 379TH DISTRICT COURT |
| VS | OF |
| LEANDRE V HILL | BEXAR COUNTY, TEXAS |

1. Defendant filed motion for new trial: X no __ yes, date filed: _____

2. Notice of appeal was filed on 03-10-2015 _____

3. The Honorable RON RANGEL _____ presided at the trial _____.

4. The above named defendant was convicted _____ of the offense(s) of BURGLARY HABITATION - FORCE _____

   as a (Repeater)(Habitual).

5. State's appeal attorney: NICHOLAS LAHOOD _____ 300 Dolorosa, Suite 4025, Bexar County Justice Center, San Antonio, Texas,78205 (210)335-2413 SBN: 24030360 _____

6. Trial _____ Attorney(s): JAMES VINCENT TOCCI _____

   (Retained)(Appointed) Appeals attorney:RICHARD B DULANY JR _____
   Address & Phone No: 101 W NUEVA ST 310 SAN ANTONIO, TX, 78205- (210)335-0701 _____ SBN: 6196400 _____

   Defendant Pro-Se __ Yes X No
7. The trial held was: X Trial before the Court     ___ Jury trial on guilt only
   ___ Jury trial on punishment only     ___ Jury trial guilt and punishment
   ___ Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___ Pretrial motion heard prior to plea     ___ Open/non negotiated plea of guilty/nolo contendere
   ___ Motion to enter adjudication of guilt     ___ Motion to revoke community supervision
   X Other    **BENCH-TRIAL**

8. The sentence was (imposed ) on:02-24-2015 for a period of:yrs:006 mths:00 and a fine of $      2,500.00 _____

9. Defendant is presently in:X BCADC ___ TDCJID. Defendant is on ___ ** RWOB ** _____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: AMY HINDS _____
    300 DOLOROSA @379TH _____
    SAN ANTONIO, TEXAS 78205 _____
11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na & cause number) DC2009CR10328 _____

WITNESS MY HAND THIS THE 13th DAY OF March _____, 2015 __

COURT REPORTER(S): **AMY HINDS** _____ Date: 03/16/2015 (NOTIFIED) _____
_____ Date: _____
KEITH E. HOTTLE, CLERK

BY: _____     Date: _____
    Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY _____
GARCIA, ELIZABETH C      ,DEPUTY

(jsdca)

CAUSE NO. 2012-CR-9686

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| vs. | § | 379TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| LEANDRE HILL | § | BEXAR COUNTY, TEXAS |

MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JAMES V. TOCCI, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1.      Movant is attorney of record for Leandre Hill.

2.      Good cause exists for withdrawal as counsel in that all guilt innocence issues have been disposed of. Mr. Hill has been sentenced by the court. Mr. Hill wishes to appeal his conviction and sentence and undersigned counsel will not be handling this matter.

3.      Defendant has been notified that Movant is seeking to withdraw as counsel in this matter.

4.      This withdrawal is not sought for delay, but that Defendant might be represented by counsel of his choice.


PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his motion to withdraw on the face of this pleading.

Respectfully submitted,

Law Offices of James V. Toccie
222 South Flores Street
San Antonio, Texas 78204

By:_____
JAMES V. TOCCI
State Bar No. 24008165
Attorney for LEANDRE HILL

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw was hand delivered to the Bexar County District Attorney's Office, at 300 Dolorosa, San Antonio, Texas on

_____.

JAMES TOCCI

## CAUSE NO. 2012-CR-9686

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 379TH JUDICIAL DISTRICT |
| | § | |
| LEANDRE HILL | § | BEXAR COUNTY, TEXAS |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

On __3/10/15__, 2015, came on to be considered the defendant's Motion to Withdraw as Counsel in the above-styled and numbered cause, the Court having considered the evidence, rules that said Motion to Withdraw as Counsel is:



**(GRANTED)**          **(DENIED)**

Signed on __3/10/__ 2015.

_____
JUDGE PRESIDING

No. 2012 CR 9686

| The State of Texas | § | In the 379 District Court |
| vs. | § | of |
| Leandro Hill | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

[X] is not a plea-bargain case, and the defendant has the right of appeal; (or)

[ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

[ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

[ ] is a plea-bargain case, and the defendant has NO right of appeal; (or)

[ ] is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

[ ] is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

[ ] is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

[ ] is one in which the defendant has waived the right of appeal.

_____          2/24/15
**JUDGE**                                 **Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**DEFENDANT**

_____
**ATTORNEY FOR DEFENDANT**

Mailing address:_____

Telephone number:_____

Fax number if any:_____

Bar number: 24008166

Mailing address:_____

Telephone:_____

Fax:_____

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).

No. 2012CR9686

STATE OF TEXAS                                          IN THE DISTRICT COURT

v.                                                      379TH JUDICIAL DISTRICT

LEANDRE HILL                                           BEXAR COUNTY, TEXAS

## ORDER APPOINTING APPELLATE COUNSEL

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure,

hereby appoints **RICHARD B. DULANY, JR.,** Interim Chief Public Defender (SBN 06196400), to

represent LEANDRE HILL, an indigent defendant, in the above-styled and numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until

relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at

(210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of

Appeals of Texas.

SIGNED ___March 12___, 20_15_.

_____
JUDGE PRESIDING

**REMINDER: Please contact the Bexar County Public Defender's Office at 335-0701 or
vmcdonald@bexar.org before making this appointment to verify that the office is presently
accepting new appellate cases.**

Updated 9/23/2014